CHRISTINE D. BURKHART, ESQ.
Nevada Bar No. 9330
RAHUL KULKARNI, ESQ.
Nevada Bar No. 10650
**WILSON, ELSER, MOSKOWITZ, EDELMAN**
  **& DICKER LLP**
300 South 4th Street, 11th Floor
Las Vegas, NV  89101
(702) 727-1400; FAX (702) 727-1401
Christine.Burkhart@wilsonelser.com
Rahul.Kulkarni@wilsonelser.com
Attorneys for Defendant
**COSTCO WHOLESALE CORPORATION**

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JEROME PARHAM; WINTER PARHAM,<br><br>Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION; DOES I through X, inclusive ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO.:  2:15-cv-01053-JCM-PAL |

## STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE CASE WITH PREJUDICE

Plaintiffs JEROME PARHAM and WINTER PARHAM, by and through their counsel of record, JOHN B. GREENE, ESQ. of the law firm of GOLIGHTLY & VANNAH, PLLC, and Defendant COSTCO WHOLESALE CORPORATION, by and through their counsel of record, RAHUL KULKARNI, ESQ., of the law firm of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, hereby stipulate and agree to the dismissal of the above-captioned action, with prejudice, with each party to bear their own fees and costs.

///

///

920390v.1

This stipulation is entered into in good faith, in the interest of judicial economy and not for the purposes of delay.

Dated: this 29th day of February, 2016.                    Dated: this 29th day of February, 2016.

**WILSON ELSER MOSKOWITZ**                                 **GOLIGHTLY & VANNAH, PLLC**
**EDELMAN & DICKER, LLP**


By: */s/ RAHUL KULKARNI*                                   By: */s/ JOHN B. GREENE*
    CHRISTINE D. BURKHART, ESQ.                              ROBERT D. VANNAH, ESQ.
    Nevada Bar No.: 9330                                      Nevada Bar No.: 2503
    RAHUL KULKARNI, ESQ.                                      JOHN B. GREENE, ESQ.
    Nevada Bar No.: 10650                                     Nevada Bar No.: 4279
    300 South 4th Street, 11th Floor                          400 South 7th Street, 4th Floor
    Las Vegas, NV 89101                                       Las Vegas, NV 89101
    Attorneys for Defendant                                   Attorneys for Plaintiffs
    **COSTCO WHOLESALE**                                      **JEROME PARHAM and**
    **CORPORATION**                                           **WINTER PARHAM**

920390v.1

|   |   |
|---|---|
| 1 | **ORDER** |
| 2 | IT IS SO ORDERED. |
| 3 | Dated: March 2, 2016. |

_____
**UNITED STATES DISTRICT COURT JUDGE**

Prepared and Respectfully Submitted by:

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

By: */s/ RAHUL KULKARNI*
    CHRISTINE D. BURKHART, ESQ.
    Nevada Bar No.: 9330
    RAHUL KULKARNI, ESQ.
    Nevada Bar No.: 10650
    300 South 4th Street, 11th Floor
    Las Vegas, NV 89101
    Attorneys for Defendant
    **COSTCO WHOLESALE CORPORATION**

920390v.1